Wheel A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

☐ ORIGINAL

------------------------------------------------ x

UNITED STATES OF AMERICA

       - v. -

KETAN PATEL,

            Defendant.

:
:   NOTICE OF INTENT TO
:   FILE AN INFORMATION
:
:   15 CRIM 358
:

------------------------------------------------ x

         Please take notice that the United States Attorney's Office

will file an information upon the defendant's waiver of indictment,

pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
        May 5, 2015

JUDGE CARTER

      PREET BHARARA
      United States Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/5/15

By: _____ KCR
      Katherine Reilly
      Assistant United States Attorney

      AGREED AND CONSENTED TO:

By:   _____
      Gregory Harris, Esq.
      Attorney for Ketan Patel